530

433 A.2d 133

Commonwealth v. Heckman, Appellant.

Reargument en banc Denied June 1, 1981.

Argued September 8, 1980.   Wayne F. Shade, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

433 A.2d 133

Commonwealth v. Hull, Appellant.

Submitted November 14, 1980.   Donald C. Feniello, for appellant; Janet Moschetta, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

The order of the court below is affirmed.